# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-1009
Owner: Yolanda G. Cantu, *et al.*
Acres: 3.683

**BEING** a 3.683 acre tract (160,438 square feet) parcel of land, more or less, being
out of a surveyed 14.834 acre tract, recorded in Document No's. 2003-229584 and
2014-320375, Official Records of Starr County (O.R.S.C.), Texas, conveyed to
Yolanda G. Cantu, Gloria C. Chapa, Jose R. Garcia, Rosabel Garcia Hinojosa,
Israel Garcia, Maria G. Flores, Jesus V. Garcia, Maria G. Almaguer, Jose Martin
Garcia, Emilio Garcia, Margarita Trevino and Celia Ecay Muzquiz, said tract being
a portion of Share 8, Abstract 289, Porcion 58, Ancient Jurisdiction of Mier,
Mexico, said 3.683 acre tract (160,438 square feet) parcel of land being more
particularly described as follows;

**COMMENCING:** at a 1/2" rebar, having a coordinate of N=16720749.555,
E=770805.809, said point also being N 89°51'50" W, a distance of 4235.03 feet
from United States Corps of Engineers Control Point No. S142 (B&F Eng
Aluminum cap in concrete), said point being the southwest corner of a called 80.00
acre tract, recorded in Document No. 189309, Official Records of Starr County
(O.R.S.C.), Texas, conveyed to Ercilia L. Benavides, said point being on the east
line of a called 3.295 acre tract, recorded in Volume 538, Page 324, Deed Records
of Starr County (D.R.S.C.), Texas, conveyed to Maria Selfa Garcia Ramirez;

**THENCE:** N 21°07'21" E, along the west line of said Ercilia L. Benavides tract
and the east line of said Maria Selfa Garcia Ramirez tract, passing at 80.48 feet the
northeast corner of said Maria Selfa Garcia Ramirez tract and the southeast corner
of said Yolanda G. Cantu, ET AL, in total a distance of 400.82 feet to a set 5/8"

## SCHEDULE C (Cont.)

rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1009-1=RGV-RGC-1011-1" for the **POINT OF BEGINNING**, said point having a coordinate of N=16721123.447, E=770950.251, said point being the southeast corner of the herein described proposed acquisition tract;

**THENCE:** departing the east line of said Yolanda G. Cantu, ET AL tract and the west line of said Ercilia L. Benavides tract, over and across said Yolanda G. Cantu, ET AL tract the following courses and distances:

- N 68°25'38" W, a distance of 433.93 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1009-1A" for a point on tangent;

- N 68°25'38" W, a distance of 433.93 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1009-2=RGV-RGC-1043-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the south line of a called 30.37 acre tract, recorded in Volume 176, Page 220, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Starr County (aka Chapeno Road), said point also being on the west line of said Yolanda G. Cantu, ET AL tract;

**THENCE:** N 54°33'10" E, along the west line of said Yolanda G. Cantu, ET AL tract and the east line of said Starr County, Texas (aka Chapeno Road) tract, a distance of 238.42 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1009-3=RGV-RGC-1043-2" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** departing the west line of said Yolanda G. Cantu, ET AL tract and the east line of said Starr County, Texas tract, over and across said Yolanda G. Cantu, ET AL tract the following courses and distances:

- S 68°25'38" E, a distance of 368.26 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1009-3A" for a point on tangent;

- S 68°25'38" E, a distance of 368.26 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1009-4= RGV-RGC-1011-2" for the northeast corner of the herein described proposed

acquisition tract, said point being on the east line of said Yolanda G. Cantu, ET AL tract and the west line of said Ercilia L. Benavides tract;

**THENCE:** S 21°07'21" W, along the east line of said Yolanda G. Cantu, ET AL tract and the west line of said Ercilia L. Benavides tract, a distance of 200.01 feet to the **POINT OF BEGINNING** and containing 3.683 acres (160,438 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-1009-1=RGV-RGC-1011-1 | 16721123.447 | 770950.251 |
| RGV-RGC-1009-1A | 16721282.997 | 770546.713 |
| RGV-RGC-1009-2=RGV-RGC-1043-3 | 16721442.547 | 770143.176 |
| RGV-RGC-1009-3=RGV-RGC-1043-2 | 16721580.819 | 770337.403 |
| RGV-RGC-1009-3A | 16721445.417 | 770679.864 |
| RGV-RGC-1009-4=RGV-RGC-1011-2 | 16721310.015 | 771022.326 |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE SURVEYED PARENT TRACT BOUNDARY PER THIS SURVEY. SEE SURVEYOR REPORT FOR ADDITIONAL NOTES ON BOUNDARY AND REMAINDER ACRES.
5. FIELD SURVEY WAS COMPLETED IN JANUARY, 2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 23, 2019 (TICKET NO. 197963917). NOTE: ONLY ONE ORANGE MARKING WAS FOUND IN THE FIELD AS OF OCTOBER 30, 2019. THE VENT PIPES ARE THE ONLY VISIBLE STRUCTURES FOR GAS. THERE IS ALSO A PHONE LINE RUNNING ALONG THE EAST SIDE OF CHAPENO ROAD. THIS LINE IS APPROXIMATE BASED ON ABOVE GROUND STRUCTURES.

METES & BOUNDS SURVEY
YOLANDA G. CANTU, ETAL
TRACT No. RGV-RGC-1009
STARR COUNTY TEXAS

**SCHEDULE D (Cont.)**



Tract: RGV-RGC-1009
Owner: Yolanda G. Cantu, *et al.*
Acres: 3.683

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-1009
Owner: Yolanda G. Cantu, *et al.*
Acres: 3.683

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with Official Records of Starr County, Texas, document number 2003-229584 and 2014-320375, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E Cont.**



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is SIXTEEN THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS AND NO/100 ($16,895.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Yolanda G. Cantu**<br>▮▮▮▮▮▮<br>Falcon Heights, Texas 78545 | **Warranty Deed**,<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Gloria Garcia Chapa**<br>▮▮▮▮▮<br>Roma, Texas 78584-5894 | **Warranty Deed**,<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Efrain Garcia, Jr.**<br>▮▮▮▮▮<br>Palmhurst, Texas 78573 | **Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed**,<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Jaime Garcia**<br>▮▮▮▮▮▮▮<br>Corpus Christi, Texas 78414 | **Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed**,<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Mirtha Garcia**<br>▮▮▮▮▮<br>Zapata, Texas 78076 | **Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed**,<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Magda Ramirez**<br>▮▮▮▮▮<br>Roma, Texas 78584 | **Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed**,<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |

| | |
|---|---|
| **Beatriz Garcia**<br>████████████<br>Houston, Texas 77039 | **Est. of Noe E. Garcia via Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Carlos Garcia**<br>████████████<br>Houston, Texas 77076 | **Est. of Noe E. Garcia via Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Noe E. Garcia, Jr.**<br>████████████<br>Houston, Texas 77039 | **Est. of Noe E. Garcia via Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Joanally Garcia**<br>████████████<br>Houston, Texas 77039 | **Est. of Noe E. Garcia via Est. of Efrain Eduardo Garcia via:**<br>**Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **The Unknown Heirs of Jose Roberto Garcia** | **Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Rosabel Garcia Hinojosa**<br>████████████<br>Grand Prairie, Texas  75052-5324 | **Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **Israel Garcia**<br>████████████<br>APO AE  09630-0016 | **Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003,<br>Deed Records of Starr County |
| **The Unknown Heirs of Maria Garcia Flores**<br>████████████ | **Warranty Deed,**<br>Document 2003-229584;<br>Recorded April 10, 2003, |

| | |
|---|---|
| Pasadena, Texas  77503-3324<br><br>**Eleazar Garcia**<br>███████████████<br>Roma, Texas 78584 | Deed Records of Starr County<br><br>**Deed of Gift**<br>Document 2020-356556;<br>Recorded July 7, 2020<br>Deed Records of Starr County |
| **Ameida Salinas**<br>Starr County Tax Assessor/Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas  78582 | **Tax Authority** |