**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-CV-258 |
| | § | |
| 3.683 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND YOLANDA | § | |
| G. CANTU, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

_____

**CLERK'S RECEIPT**
_____

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on November 12, 2020,  I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **SIXTEEN THOUSAND EIGHT HUNDRED NINETY-FIVE DOLLARS AND NO CENTS** ($16,895.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:    *Kathy Nguyen*  _____
        **Deputy Clerk**