IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff,* § § v. § § 3.683 ACRES OF LAND, MORE OR § LESS, SITUATE IN STARR COUNTY, § STATE OF TEXAS; AND YOLANDA G. § CANTU, *ET AL.,* § § *Defendants.* § | CASE NO. 7:20-CV-258 |

**ORDER FOR MOTION TO CORRECT DOCKET NO. 86 AND DISBURSE THE REMAINING FUNDS ON DEPOSIT**

The Court has considered the motion by the United States of America to Correct Docket No. 86 and Disburse the Funds Remaining in the Court's Registry,[1] and the Court finds that it should be **GRANTED**. Accordingly, the Court **ORDERS** pursuant to F.R.C.P. 60(a), Carlos Garza, and not Carlos Garcia, as the correct Defendant to receive a share of the just compensation in this case and disburse the remaining funds on deposit in the Court's Registry.

By previous order entered in this case, the Court dismissed this case; established just compensation; and ordered disbursement of some of the funds on deposit.[2] It is hereby **ORDERED, ADJUDGED AND DECREED** that the remaining funds on deposit in the Court's Registry, plus any accrued interest earned thereon while on deposit, is to be **DISBURSED** and payable as follows:

- $841.27 to Carlos Garza, with accrued interest, on account of his 1/27 interest, subject to life estate.

---
[1] Dkt. No. 86.
[2] Dkt. No. 87.

- $964.84 to Beatriz Garcia, with accrued interest, on account of her 1/3 life estate in 1/9 interest.

- $841.27 to Noe E. Garcia, Jr., with accrued interest, on account of his 1/27 interest, subject to life estate.

All claims in this case having been resolved, the Court hereby renders final judgment in accordance with Federal Rules of Civil Procedure. This case is terminated, and the Clerk of the Court is instructed to close the case.

    IT IS SO ORDERED.

    SO ORDERED September 21, 2022, at McAllen, Texas.

_____<br>
Randy Crane<br>
United States District Judge
